IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

DIANE WILLIAMS,
Plaintiff,

v.                                                    Case No.: 1:23cv1042

DEANNA HOY YOXTHIMER,
Defendant.

## DISMISSAL ORDER

On this day came the parties and represented to the Court that they had compromised and settled their differences. Accordingly, on joint motion of the parties, the Court:

(1) <u>DISMISSES</u> this cause with prejudice, each party to bear their own costs; and

(2) <u>DIRECTS</u> the Clerk of this Court to strike this case from the docket and send a certified copy of this Order to counsel of record.

IT IS SO ORDERED.

ENTER: March/ 18 /2024

/s/ _____
Leonie M. Brinkema
United States District Judge

We ask for this:

/Erick F. Seamster

Erick F. Seamster, Esquire – Bar No: 76108
Williams, Negler, Verser & Lane
Mailing Address: 690 Town Center Drive,
Suite 202
Newport News, VA 23606
T: (804) 887-5856
F: (866) 258-5596
Erick_F_Seamster@Progressive.com
*Counsel for Progressive Advanced Insurance Company*

/Michael D. Reiter

Michael E. Duncanson, Esquire
Bar No: 92893
Michael D. Reiter, Esquire
Bar No:
Chasen Boscolo
7852 Walker Drive
Suite 300
Greenbelt, MD 20770
(301) 220-0050/(301) 474-1230 (F)
mduncanson@chasenboscolo.com
*Counsel for Plaintiff*